ABE DANISHEFSKY, an Infant, by MAX DANISHEFSKY, His Guardian ad Litem, Appellant, *v.* BORDEN'S CONDENSED MILK COMPANY, Respondent.

*Danishefsky* v. *Borden's Condensed Milk Co.*, 175 App. Div. 883, affirmed.

(Argued March 13, 1919; decided April 8, 1919.)

APPEAL from a judgment entered November 2, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a child five and one-half years old, was playing on the sidewalk near one of defendant's wagons which was alongside the curb. The driver started the horse and

plaintiff was caught by the step and dragged down between the wheel and the curb, causing the injuries complained of. The Appellate Division held that upon the evidence no negligence was shown on the part of the defendant's driver.

*John Brooks Leavitt* and *Harry M. Peyser* for appellant.
*George O. Redington* and *Walter Engels* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO and ANDREWS, JJ. Not voting: POUND, J. Not sitting: MCLAUGHLIN, J.